ORIGINAL

Case 3:05-cv-02335-B   Document 18   Filed 03/22/06   Page 1 of 1   PageID 100

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 22 2006

CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MICHAEL EUGENE BELL § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | NO. 3-05-CV-2335-B |
| § | |
| GAYLE PIERCE, ET AL. § | |
| § | |
| Defendants. § | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct and they are hereby accepted as the Findings of the Court.

SO ORDERED this _22nd_ day of _March_, 2006.

_____
UNITED STATES DISTRICT JUDGE